**BELTON SCHOOL DISTRICT NO. 124 OF CASS COUNTY, Missouri, Plaintiff-Respondent,**

v.

**Paul INGRAM, Defendant-Appellant.**

**No. WD 34514.**

Missouri Court of Appeals, Western District.

April 24, 1984.

George E. Kapke, Cochran, Kramer, Kapke & Willerth, Independence, Bernard R. Holt, Gersh, Holt, Reppell & Washburn, Grandview, for defendant-appellant.

Elvin S. Douglas, Jr., Crouch, Crouch, Spangler & Douglas, Harrisonville, for plaintiff-respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from judgment in favor of plaintiff-respondent and against defendant-appellant on the latter's counterclaim for declaratory judgment and damages for breach of contract.

Affirmed. Rule 84.16(b).